fornia law violates the Bill of Attainder Clause, U.S. Const. art. I, § 10, cl. 1 (the "bill of attainder claim"), and the Equal Protection Clause, U.S. Const. amend. XIV, § 1 (the "equal protection claim"). We conclude that the district court correctly dismissed the bill of attainder claim, but erroneously dismissed the equal protection claim. We therefore AFFIRM in part and REVERSE in part, and REMAND the case to the district court for further proceedings with respect to the equal protection claim only. A written opinion giving the court's reasoning will follow in due course.

The time for filing any petition for rehearing or petition for rehearing en banc shall be extended and shall not begin to run until the court has filed its written opinion giving its reasoning.

John TEIXEIRA; Steve Nobriga; Gary Gamaza; Calguns Foundation, Inc., (CGF); Second Amendment Foundation, Inc., (SAF); California Association of Federal Firearms Licensees, (Cal-FFL), Plaintiffs-Appellants,

v.

COUNTY OF ALAMEDA; Alameda County Board of Supervisors, as a policy making body; Wilma Chan, in her official capacity; Nate Miley, in his official capacity; Keith Carson, in his official capacity, Defendants-Appellees.

No. 13-17132

United States Court of Appeals, Ninth Circuit.

Filed December 27, 2016

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

John TEIXEIRA; Steve Nobriga; Gary Gamaza; Calguns Foundation, Inc., (CGF); Second Amendment Foundation, Inc., (SAF); California Association of Federal Firearms Licensees, (CAL-FFL), Plaintiffs-Appellants,

v.

COUNTY OF ALAMEDA; Alameda County Board of Supervisors, as a policy making body; Wilma Chan, in her official capacity; Nate Miley, in his official capacity; Keith Carson, in his official capacity, Defendants-Appellees.

No. 13-17132

United States Court of Appeals, Ninth Circuit.

Filed December 27, 2016

D.C. No. 3:12-cv-03288-WHO

## ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed-

eral Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

■

UNITED STATES of America, Plaintiff–Appellee,

v.

Nicholas LINDSEY, Defendant–Appellant.

No. 14-10004

United States Court of Appeals, Ninth Circuit.

Filed February 3, 2017

D.C. No. 2:11-cr-00217-LDG-CWH-1

Before: Susan P. Graber,* Ronald M. Gould, and Michelle T. Friedland, Circuit Judges.

## ORDER

The Defendant-Appellant's petition for rehearing is **GRANTED**. The prior opinion and memorandum disposition filed June 28, 2016, are withdrawn. A substitute opinion and substitute memorandum disposition shall be filed in due course.

---

* After oral argument in this case, and our former opinion and memorandum disposition filed June 28, 2016, and after the petition for rehearing or rehearing en banc was filed on

■

UNITED STATES of America, Plaintiff-Appellee,

v.

Hugo Salvador **RIVERA-MUNIZ**, AKA Hugo Salvador Rivera, AKA Hugo Salvadore Rivera, Defendant-Appellant.

No. 15-10560

United States Court of Appeals, Ninth Circuit.

Argued and Submitted December 16, 2016 San Francisco, California

Filed April 20, 2017

August 19, 2016, Judge Graber on January 26, 2017, replaced Judge Noonan on this panel.